UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Damian Medici ) | |
| ) | |
| v.                       ) | C.A. No. 17-265-M |
| ) | |
| Lifespan Corporaton, et al ) | |
| ) | |

## SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the Court orders as follows:

1. Pre-trial Schedule:

   a. All factual discovery shall be completed by:  **March 14, 2018**  ;

   b. Plaintiff shall make its expert witness disclosures as required by F.R. Civ. P.26(a)(2) by  **April 13, 2018**  .

   c. Defendant shall make its expert witness disclosures as required by F.R. Civ. P.26(a)(2) by  **May 14, 2018**  .

   d. All expert discovery shall be completed by  **June 14, 2018**  .

   e. Dispositive motions shall be filed by  **July 13, 2018**  .

2. Any expert witness not disclosed by these dates may not be allowed to testify unless authorized by the Court. See F.R.Civ.P. 37(c)).

3. The parties shall add any known additional defendants or third-party defendants within sixty (60) days of the date of this Order.

So Ordered


**/s/ John J. McConnell, Jr.**
United States District Judge
June 15, 2017