UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DR. DAMIAN MEDICI,<br><br>    *Plaintiff,*<br><br>v.<br><br>LIFESPAN CORPORATION,<br>RHODE ISLAND HOSPITAL, and MICHAEL SUSIENKA,<br><br>    *Defendants.* | C.A. NO. 17-cv-00265-M-PAS |

## NOTICE OF CHANGE OF ADDRESS AND OTHER CONTACT INFORMATION

This is to provide notice that the address and telefax number for undersigned counsel, who is counsel for the plaintiff, has changed to the following:

>738 Main Street
>Hingham, MA 02043
>Telephone: (781) 385-7230
>Facsimile: (781) 740-7207

Undersigned counsel's email address remains the same.

>Respectfully submitted,
>
>The Plaintiff,
>
>**DR. DAMIAN MEDICI,**
>By his attorney,
>
>*/s/ William T. Harrington*
>William T. Harrington (BBO# 564445)
>738 Main Street
>Hingham, MA 02043
>(781) 385-7230
>wharringtonlaw@gmail.com

Dated: July 9, 2018

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants via first class mail, postage prepaid, on this date.

      */s/ William T. Harrington*