UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DR. DAMIAN MEDICI,

        *Plaintiff,*

v.

LIFESPAN CORPORATION,
RHODE ISLAND HOSPITAL,  and MICHAEL
SUSIENKA,

        *Defendants.*

C.A. NO. 17-cv-00265-M-PAS

## THE PLAINTIFF'S ASSENTED-TO MOTION TO ENLARGE TIME TO FILE OPPOSITON TO MOTION FOR SUMMARY JUDGMETN

The plaintiff, Dr. Damian Medici, hereby moves to enlarge the time for him to file his opposition materials to the Defendant's Motion for Summary Judgment by 14 days, from September 27 up to and including October 11. In support, the plaintiff states that the Motion for Summary Judgment is extensive, comprising 56 pages, plus a 33-page statement of facts and 672 pages of exhibits, and undersigned counsel needs the additional time to prepare a response.

Counsel for the defendants assents to this motion.

WHEREFORE, the plaintiff respectfully moves to extend the deadline for him to file his opposition to the Motion for Summary Judgment from September 27 up through Ocotber11.

Respectfully submitted,
The Plaintiff,

**DR. DAMIAN MEDICI,**
By his attorney,

*/s/ William T. Harrington*
William T. Harrington (BBO# 564445)
171 Milk Street, 2nd Floor
Boston, MA 02109

(617) 426-7400
wharringtonlaw@gmail.com

Dated:  September 17, 2018

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants via first class mail, postage prepaid, on this date.

*/s/ William T. Harrington*

2