UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAMIAN MEDICI,<br><br>*Plaintiff,*<br><br>v.<br><br>LIFESPAN CORPORATION,<br>RHODE ISLAND HOSPITAL, and<br>MICHAEL SUSIENKA,<br><br>*Defendants.* | C.A. NO. 17-cv-00265-M-PAS |

**THE PLAINTIFF'S ASSENTED-TO SECOND MOTION TO ENLARGE TIME TO FILE OPPOSITON TO MOTION FOR SUMMARY JUDGMETN**

The plaintiff, Damian Medici, hereby moves to enlarge the time for him to file his opposition and supporting materials to the Defendant's Motion for Summary Judgment by 7 days, from October 11 through October 18. Previously, the Court allowed the plaintiff to extend the due date by 14 days. In support, the plaintiff states that the Motion for Summary Judgment is extensive, comprising 56 pages, plus a 33-page statement of facts and 73 exhibits, spanning 672 pages. Undersigned counsel states that he is a sole practitioner and, due to his having been working on other matters, has not been able to devote the time on the Opposition he expected when the first motion was filed. He certifies that needs the additional time to prepare adequately the opposition materials. Counsel for the defendants assents to this motion.

WHEREFORE, the plaintiff respectfully moves to extend the deadline for him to file his opposition to the Motion for Summary Judgment from October 11 through October 18.

        Respectfully submitted,
        The Plaintiff,

        **DAMIAN MEDICI,**
        By his attorney,

        */s/ William T. Harrington*
        William T. Harrington (BBO# 564445)
        171 Milk Street, 2nd Floor
        Boston, MA 02109
        (617) 426-7400
        wharringtonlaw@gmail.com

Dated: October 8, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants via first class mail, postage prepaid, on this date.

        */s/ William T. Harrington*