*University Medical Centre Groningen*
Department of Pathology & Medical Biology

To: Dr. M.G. Ehrlich, MD
Vincent Zecchino Professor and Chairman
Surgeon-in-Chief, Rhode Island Hospital and The Miriam Hospital
Department of Orthopaedics,
The Warren Alpert Medical School of Brown University
Providence
USA

São Paulo, September 10th, 2013

Concerns: Evaluation Dr. D.D. Medici

Dear Dr. Ehrlich:

On the basis of the criteria of your institute, I highly recommend to appoint Dr. Medici as an Associate Professor (Research Scholar Track) at The Warren Alpert Medical School of Brown University. His research is exceptionally innovative and is published in the 10% of peer-reviewed journals. He has (and is) developing novel concepts that change old dogmas in biomedical sciences; his studies on the resolution of haemangioma through mesenchymal transition are exemplary in this respect. He manages to efficiently bridge the gap between basic science and clinic. He has gained independence through acquiring sufficient funding. To summarize, Dr. Medici has pursued a successful career track which will not end at the position of Associate Professor.

Sincerely,

Martin Harmsen



*Dr. Martin C. Harmsen*
*PI Cardiovascular Regenerative Medicine Res. Grp.(CAVAREM)*

*Department of Pathology and Medical Biology*
*University Medical Center Groningen*
*Hanzeplein 1, EA11*
*NL-9713 GZ Groningen*
*the Netherlands*
*e-mail m.c.harmsen@umcg.nl \ mcharmsen@gmail.com*
*tel +31 50 3614776*
*fax +31 50 3619911*
*mob +31 6 54727705*
*homepage www.cavarem.eu*



## Leids Universitair Medisch Centrum

**department** Molecular Cell Biology
**postal zone**

**sender** Prof. Dr P ten Dijke
**visiting address** Einthovenweg 20, 2333 ZC Leiden
**phone** +31 71 526 9271   **fax** +31 71 526 8270
**e-mail** p. ten_dijke@lumc.nl

**our reference**
**your reference**
**date** November 6, 2013
**subject** Reference letter in support for Dr. Damian Medici

**to** Michael.G. Ehrlich, MD
Vincent Zecchino Professor and Chairman
Surgeon-in-Chief, Rhode Island Hospital
and The Miriam Hospital
Department of Orthopaedics
The Warren Alpert Medical School of Brown

Dear Dr. Ehrlich,

It is a great pleasure to write this reference letter in support for Dr. Damian Medici to promote him to Associate Professor in the Department of Orthopaedics, at the Warren Alpert Medical School of Brown University. I have met Dr. Medici on several occasions at international TGF-β meetings. I have closely followed his work, in particular that on the role of TGF-β family members in endothelial to mesenchymal transition.

Dr. Medici has made important discoveries and has published numerous papers that are frequently cited within the highly competitive field of cellular signaling. A pivotal finding of him is on the endothelial cells being the precursor cells for mesenchymal-linked diseases, such as Fibrodisplyasia Ossificance Progressiva, and more recently in infantile hemangiomas. I have invited him to give a talk this year at the FASEB meeting on TGF-β Supererfamily Signaling in Development and Disease. His presentation was excellent and it initiated lots of discussion and inspiration for other investigators.

He has demonstrated to have vision and see the broad picture in cell signaling research, stimulate his research team for a focused original effort on important biomedical questions, and publish in a top peer reviewed journals. It must be a true pleasure to work in his group. I have seen him interact with great enthusiasm with other researchers. I can imagine him to serve as an excellent teacher and role model for master and PhD students.

I always have found it a pleasure to interact with Dr. Medici. He has been open and providing advice to me and others in the field. I think his enthusiasm, creative ability to answer important questions, openness, excellent presentation skills and to stimulate young researchers in her group to excel, are the hallmarks of an excellent scientist.

2





## LEIDS UNIVERSITAIR MEDISCH CENTRUM

| | | | |
|---|---|---|---|
| **department** | Molecular Cell Biology | **to** | Dr. M.G. Ehrlich |
| **our reference** | | | |
| **date** | November 6, 2013 | **page** | 2 of 2 |
| **subject** | reference letter in support for Dr. Damian Medici | | |

In conclusion, I strongly recommend Dr. Medici to be promoted to Associate Professor. I will continue to closely follow his work; I strongly believe that the best of Dr. Medici is only yet to come!

If further information or assessment is needed, please do not hesitate to contact me.

Yours sincerely,

Prof. Dr. Peter ten Dijke
Section head Signal Transduction

3





NEBRASKA'S HEALTH SCIENCE CENTER

COLLEGE OF DENTISTRY
Department of Oral Biology

November 14' 2013

Michael G. Ehrlich, MD
Vincent Zecchino Professor and Chairman
Surgeon-in-Chief, Rhode Island Hospital and The Miriam Hospital
Department of Orthopaedics, The Warren Alpert Medical School of Brown University

Re: Dr. Damian Medici's application for promotion to an Associate Professor

Dear Dr. Enrlich,

After reviewing Dr. Damian Medici's application for promotion to Associate Professor, I am pleased to write a letter to support his application. My assessment is based on several important criteria and I have listed them below.

**(1) Present or past connections between yourself and the candidate:**
I have known Dr. Medici since 2002, when he joined our lab (Prof. Elizabeth D. Hay, Cell Biology, Harvard Medical School) as a Research Technician. I was a postdoc and have supervised him to undertake various cell & molecular biology research techniques. However, within years, I was impressed by his scholastic aptitude and suggested that he pursues Ph.D program. At that stage, in 2005, Dr. Hay was retiring; Dr. Medici gained a PhD studentship with Dr. Bjorn Olsen. And I moved to UNMC as an Assistant Professor and maintained strong contact with him, visited frequently, collaborated in research, and published 3 papers in the next few years. We maintained out close mutually benefiting research collaboration ever since. However, our researches are complimentary and we both depend heavily on each other's research outcome/conclusion and can incorporate our respective research objectives accordingly. In addition, I have requested Dr. Medici to review paper submitted manuscript to different journals. I have also done the same for his papers. I have also obtained reagents for laboratory-based research from him when he was a postdoc at Drs. Kalluri and Olsen's lab.

**(2) Critical judgment of the candidates work and on its significance and impact:**
By the time Dr. Medici started his PhD at the Dr. Olsen's lab, he already had 2 high impact journal papers (Mol. Biol. Cell and J Cell Sci.) published in international journal. He had been one the most productive PhD student as well as a postdoctoral fellow from Drs. Olsen and Kalluri's labs. He has tremendous track record in collaborative research and has collaborated with others labs such Drs. Goodenough and Laske while working for his own. While doing his postdoctoral fellowship, he continued to publish in top-notch journals and develop a reputation as one of the leading researcher in Eno-EMT and angiogenesis. He has also supervised very successful high school summer, undergraduate and graduate students. These successes clearly establish him as an outstanding supervisor.

At a climate, when successful NIH grants are most exceptional, Dr. Medici, successfully obtained R01 grant with excellent score. This accomplishment is an attest of his scholarly excellence and research aptitude. He has proven that his independent research and scholarly ideas are worth federal fund and he will continue to be successful based on the trend and trajectory he has currently pursuing.

Dr. Medici was an instructor, Harvard Medical School from 2009-2012. This position, which Harvard Medical School, employs quite selectively, often considered as an equivalent to Assistant Professor in many other universities. He joined as an Assistant Professor of Orthopaedics, Warren

4

Alpert Medical School, Brown University, 2012. Concurrently, he holds the Directorship, of Laboratory for Regenerative Medicine, Department of Orthopaedics, Rhode Island Hospital, 2012. Therefore, his post-postdoctoral academic appointment stands at 5+ years, making him at par in schedule to be promoted to an Associate Professor. He participates in teaching of 6 courses since 2005 that spans in both at Harvard and his current faculty in Brown University. Moreover, he is intensely involved in laboratory based supervision of 20 graduate students that regularly takes time and more scholarly than lecture based tutorial. In addition, he has served as a member of several Masters/PhD supervisory committees.

Dr. Medici is extremely desired speaker in many internationally demanding conferences and regularly invited to give talks to these conferences as guest speakers. He has been an honorary lecturer to many international universities giving Brown University an international.

Dr. Medici has shown his outstanding capability in serving various committees in both Harvard as well in Brown Universities. They range from graduate student thesis committee to admission committees. These are clear indication of his unique and novel scholarly ideas that are pertinent to Brown University. He has served as reviewer of several highly reputable international journals suggestion his professional excellence.

Finally, I can categorically attest that with such strong application, Dr. Medici would meet absolutely no resistance and become an Associate Professor with unanimous decision in my university. Moreover, with similar background many of Drs. Olsen and Kalluri postdoc either from the same time or slightly earlier, those who have worked side by side with Dr. Medici are either already Associate professor or late stage of Assistant Professorship. I am convinced that all will agree that he is well passed his time to be promoted. In my view, Dr. Medici has proven and established himself as a unique faculty of your or that matter to any medical school of the USA who has excels in all area of his responsibility with tremendous success that warrants recognition. He is an asset to any institution, including the Brown University.

Please feel free to contact me if I can provide any additional information

Sincerely yours

**Ali Nawshad, PhD**
Associate Professor
Dept. of Oral Biology
College of Dentistry
40th & Holdrege
Lincoln, NE 68583-0740

email:       anawshad@unmc.edu
Tel:         (402) 472-1378
Fax:         (402) 472-2551

5

Phuoc T. Tran, M.D., Ph.D.
*Associate Professor*
*Departments of Radiation Oncology & Molecular*
*Radiation Sciences, Oncology and Urology*

Radiation Oncology & Molecular
Radiation Sciences
*1550 Orleans St*
*CRB II, Room 406*
*410-614-3880*
*410-502-2821*
*tranp@jhmi.edu*



November 21, 2013

Michael G. Ehrlich, MD
Vincent Zecchino Professor and Chairman
Surgeon-in-Chief, Rhode Island Hospital and The Miriam Hospital
Department of Orthopaedics
The Warren Alpert Medical School of Brown University


RE: Letter of Recommendation for the Promotion of Dr. Damian Medici to the Rank
of Associate Professor (Research Scholar Track)


Dear Dr. Ehrlich,

I have been asked to write a letter on behalf of Dr. Medici's promotion to the rank
of Associate Professor at The Warren Alpert Medical School of Brown University.
It is a pleasure to do so.

For background, I am currently an Associate Professor of Radiation Oncology,
Oncology and Urology at Johns Hopkins University. I am a physician-scientist MD,
PhD radiation oncologist who directs an NIH and DoD-funded research program in
prostate, liver and lung cancer transgenic mouse models and directs/participates in
cancer clinical trials. I am familiar with the criteria for promotion to Associate
Professor at Brown University. I am familiar with the candidate on evaluation.

I will sequentially discuss the academic, education and service portfolios of Dr.
Medici.

The *academic contributions* of Dr. Medici would be considered *outstanding*. He
has shown a sustained track record of academic productivity as measured by the
number and impact of his publications and the consistent theme of intramural and
extramural funding. In addition, the Rhode Island Hospital has appointed Dr.
Medici to a number of high level leadership roles, including Director of the
Laboratory for Regenerative Medicine and Director of Orthopedic Research.

Dr. Medici is an author on 16 articles and senior or first author on many of them.
His seminal contributions to the field of endothelial-mesenchymal transition
(EndoMT) are best exemplified in two separate *Nature Medicine* papers and
another under review at *Science*. He has given over 35 invited oral presentations
on this work, regionally, nationally and internationally. These novel contributions
hold significant promise to addressing the molecular pathophysiology of
hemangiomas and hetereotopic ossification and strategies for the treatment of
these conditions and for the future of regenerative medicine. Given this work, Dr.
Medici is considered an international expert on EndoMT.



He currently has two R01-level NIH grants where he is the principal investigator as well as a foundation grant to support his independent research group.

In aggregate, the *academic* output of Dr. Medici reached the level of *outstanding.*

The *education* portfolio of Dr. Medici reaches the level *outstanding.* He has developed educational publications centering on EndoMT and diseases that have as a component of their pathogenesis dysregulation of EndoMT.

He consistently teaches in the form of didactic lectures, case presentations and oral board exams that are given both in his department and other departments both at Brown and his former position at Harvard. The objective scores of his teaching lectures are not available to me, but I do know from his scientific presentations and his reputation that he is an effective teacher.

Most important within this area of faculty responsibility is the very productive mentoring track record of under-graduates, medical-dental students, graduate students and fellows. Dr. Medici is very detail oriented and demands a lot of time commitment and dedication from his mentees. This is a very important attribute and is to be highly valued in academics. I have observed some of his mentee's giving poster presentations. It is clear, that in all cases, they are very well prepared. It is people like Dr. Medici that stand out as mentors. We need more like him.

In summary, the *education* portfolio of Dr. Medici reaches the level of *outstanding.*

Dr. Medici's *service*, including intramural and extramural components reach the level of *outstanding.*

Dr. Medici is the Director of the Laboratory for Regenerative Medicine and Director of Orthopedic Research at Rhode Island Hospital.

He is an ad hoc reviewer of multiple journals that span the basic, clinical and translational arenas. Very few academicians are known to be reliable and competent manuscript reviewers to the variety of journals for which Dr. Medici is asked to be reviewer for.

Dr. Medici has also reviewed grants for the California Institute for Regenerative Medicine (CIRM) which is the largest program excluding the NIH for stem cell funding.

In summary, the *service* portfolio of Dr. Medici reaches the level of *outstanding.*

I might add that Dr. Medici was recently given a Distinguished Service Award from the International Fibrodysplasia Ossificans Progressiva (FOP) Association for his seminal contributions to the field of FOP research.



NCI
CCC  7

A Comprehensive Cancer
Center Designated by the
National Cancer Institute

Dr. Damian Medici clearly exceeds the bench mark to become an Associate Professor (Research Scholar Track) at The Warren Alpert Medical School of Brown University. To that end, I give my highest unqualified recommendation for promotion to the rank of Associate Professor. He deserves all the rights and privileges that are accorded upon recognition of this rank at your institution.

Thank you for allowing me to comment on Dr. Medici's promotion. If I can be of any further assistance do not hesitate to call me directly.

Sincerely,

Phuoc T. Tran, MD, PhD

NCI
CCC

8

A Comprehensive Cancer Center
Center Designated by the
National Cancer Institute



**THE UNIVERSITY OF ARIZONA.**

College of Medicine

Department of Cellular and
Molecular Medicine

1501 N. Campbell Avenue
P.O. Box 245044
Tucson, AZ 85724-5044
Tel: (520) 626-6084
Fax: (520) 626-2097

November 25, 2013

Michael G. Ehrlich, MD
Vincent Zecchino Professor and Chairman
Surgeon-in-Chief, Rhode Island Hospital and The Miriam Hospital
Department of Orthopaedics,
The Warren Alpert Medical School of Brown University

Dear Dr. Ehrlich:

I apologize for the delay in getting this letter in and I hope it is still in time. I know Dr. Damian Medici from professional interactions at meetings in the field of epithelial-mesenchymal transition. We have never collaborated or published together but our research data intersect on the regulation of endothelial transition to mesenchyme.

I first met Dr. Medici at the TEMTIA meeting in Krakow in 2007 and we had a lively discussion about endothelial EMT and its regulation by TGFβ. His work put a modern spin on the concept of TGFβ2-regulated EMT by vascular endothelial cells that I had observed in the early embryonic heart and he has taken this work to several types of adult pathology. I run into him at these biennial meetings and I have been an advocate for his inclusion on the meeting program including the most recent meeting last week in Alicante, Spain. To put it succinctly, I find him to be one of the most innovative scientists in the field, especially in the aspect of integrating the cellular process of EMT with rare genetic diseases. I specifically included his work and a request for support for his presentation in the NIH-funded meeting grant for the Alicante meeting and the reviewers agreed with the significance of his work in their review.

As I'm sure that your other reviewers have noted the strengths of his research program, so I won't repeat the obvious but I will emphasize the translational strengths of his approach and the innovative direction of his research that places him in a unique area of the rapidly expanding field of EMT research. His research is of very high quality and the potential impact of his work is substantial. I can't think of another researcher at his stage in career development with the potential upside in his career progression. His promotion to Associate Professor (Research Scholar Track) is clearly appropriate and would be justifiable at any research institution in the country.

Sincerely,

Raymond B. Runyan, Ph.D.
Professor

9



Department of Chemical Biology
Susan Lehman Cullman Laboratory
   for Cancer Research
Ernest Mario School of Pharmacy
Rutgers, The State University of New Jersey
164 Frelinghuysen Road
Piscataway, NJ 08854-8020

**Nanjoo Suh, Ph.D.**
Associate Professor
pharmacy.rutgers.edu/lcr
nsuh@pharmacy.rutgers.edu

848-445-8030
Fax: 732-445-0687

December 5, 2013

The Promotion Committee
The Warren Alpert Medical School of Brown University

To whom it may concern:

It is a great pleasure to write my evaluation letter for Dr. Damian Medici to be appointed to the rank of Associate Professor (Research Scholar Track). I enthusiastically support his promotion!!

As of my introduction, I received my Ph.D. at the University of Illinois at Chicago, Illinois, in 1995, and then took a research faculty position at Dartmouth Medical School, New Hampshire, from 1995 until 2003. Since 2003, I am at the Department of Chemical Biology, Ernest Mario School of Pharmacy, Rutgers, The State University of New Jersey. My interest has been studying mechanism-based cancer prevention of new drugs, such as SERMS (Selective Estrogen Receptor Modulators, examples are tamoxifen, raloxifene, arzoxifene), vitamin D analogs, RXR ligands, PPARγ ligands, and triterpenoids over many years. I have published more than 80 papers in peer-reviewed international journals on the studies with these new agents for prevention of cancer, osteoarthritis and inflammatory diseases. Many of my work have been published in *Cancer Research, Clinical Cancer Research, Carcinogenesis, Blood, Journal of Biological Chemistry, Proceedings of the National Academy of Sciences, Cancer Prevention Research, Osteoarthritis Cartilage* and *Nature Review Cancer*. I am also teaching a course titled "Molecular Biology and Pharmaceutical Biotechnology" in Pharm. D. program at the Ernest Mario School of Pharmacy, Rutgers University. I currently hold an associate professorship with tenure.

I have never met Dr. Damian Medici in person, however, I have known his outstanding research through his published work in the area of stem cells and tissue regeneration, bone development and disease as well as cancer. In early 2010, I was working on a project called triterpenoids, and I needed to find out the involvement of these compounds in tissue regeneration and stem cells. With the need to find an expert, I had a chance to work with him to determine whether these triterpenoid compounds may be activators of some transcription factors involved in bone and cartilage regeneration and chondrogenesis. Also, I wanted to identify whether its action is due to targeting stem cells. Via e-mail communications only, we were able to work collaboratively for a couple of years, and I was able to publish our first work on chondrogenesis with triterpenoids. He is a co-author on our collaborative work. His contribution significantly helped us to identify the role of these compounds in driving chondrogenesis and possible mechanisms of action. Since then, although I do not have any further collaboration with him, I still eagerly read his publications to follow the recent



**RUTGERS**
Ernest Mario School
of Pharmacy

direction of his research. It is because I believe that his excellent cutting edge work in the field of tissue regeneration and stem cells has been contributing to the better understanding of the role of stem cells and its mechanisms of action in cancer and many other diseases. My objective judgment on his work is that he has been incredibly productive in publishing his discovery and making an impact in the field.

He has already well-established independent and productive programs at Brown University. His work is truly well supported by external competitive, peer-reviewed grants including NIH grants. I have no doubt that he will be continuously productive in his research area to attract more fundings in the near future. I do not know much about his teaching quality since I have never met him in any conferences. However, based on his publications, I believe that his delivery of critical thinking and discussion of knowledge of his basic research is outstanding.

He currently serves as a reviewer for nationally recognized journals such as *Nature Medicine* and *Journal of Clinical Investigation*. He has also been very productive and capable of obtaining research fundings from various sources including several NIH fundings. I am certain that he will soon attract more outstanding national fundings at Brown University as an Associate Professor. He has the experience, knowledge, and ability of attracting all sources of funding.

He has shown excellence, persistence, and timeless efforts to make progress on his work during the time of his stay at Harvard as well as at The Warren Alpert Medical School of Brown University. I truly believe that he has a great potential to make significant impact in the field of stem cells and tissue regeneration, bone development and disease as well as cancer. I strongly support his promotion to the rank of Associate Professor. Thank you very much for your consideration of him for the promotion!

Please feel free to contact me if you have any further questions.

Thank you very much,

Sincerely,

Nanjoo Suh, Ph.D.

I l



**Weill Cornell Medical College**

**◻ New York-Presbyterian Hospital**
**◻ Weill Cornell Medical Center**

---

Children's Cancer and Blood Foundation Laboratories
Department of Pediatrics
Division of Hematology/Oncology

Telephone: 212-746-4937
Fax: 212-746-8423

515 East 71st Street, 7th Floor
New York, NY 10021

December 9, 2013

Michael G. Ehrlich M.D.
Vincent Zecchino Professor and Chairman
Brown University
Warren Alpert Medical School

Dear Dr. Ehrlich,

It is my great pleasure to highly recommend Dr. Damian Medici for Promotion to Associate
Professor (Research Scholar Track) in the Department of Orthopedics, at The Warren Alpert
Medical School of Brown University. I have known Damian for approximately five years
through numerous international meetings on cancer metastasis.

It is not often in one's lifetime to meet a person who has changed our way of thinking in the
pathogenesis in several key discoveries related to bone and cartilage, advancing our knowledge
in topics such as angiogenesis, EMT, and stem cell regeneration. Damian is amongst the few
gifted and notable scientists who have made headway in these particular fields. This is not only
my opinion but the opinion of many physicians and scientists alike. At many international
meetings on EMT (for example the most recent meeting on EMT in Alicante, Spain) Damian's
presentations often captivates the audience; Scientists, Post Docs and Graduate Students crowd
him because of their interest and excitement of his research findings. Overall, his work is
innovative.

Damian is now internationally recognized for his elegant work on many fronts which are likely
to lead to drug discovery and development. He has been recognized for his recent work on
understanding the biology of hemangiomas. His recent paper submitted to Science shows that
mechanism supporting an EMT phenomenon promotes the regression of this disease. He has also
shown that certain growth factors and such as stromal-derived hepatic growth factor promotes
the proliferation of infantile hemangioma and, therefore, targets specifically blocking hepatic
growth factor will reverse the course of hemangioma development. Damian has spurred on
many new investigators to work on the role of endothelial cells and tissue regeneration for bone.
What makes Damian even more gifted is that he is constantly making discoveries and re-defining
science.  Damian's work in this field, like his other discoveries; will certainly lead to novel
therapeutic agents.

12

To complement and support his international research reputation, he has attained numerous and prestigious NIH and foundation grants in a time when research grants are extremely difficult to obtain. He has numerous high impact publications, such as works in Mol. Biol. Cell., J. Cell Biol., Nat Med., and Matrix Biol. All his combined efforts will undoubtedly lead to an impressive list of patents which will no doubt benefit his host institute but also the clinical care of patients with hemangiomas and bone disease.

Overall, I do believe Damian deserves to be promoted to Associate Professor (Research Scholar Track). He is and will be an enormous asset to your Institute. He is leading the way into new realms of stem cell discovery. He is gifted in so many areas but notably he has been and will continue to make important scientific discoveries.

Please do not hesitate to contact me in support of this extremely gifted scientist.

Sincerely,

David Lyden

David C. Lyden, Ph.D., M.D.
Professor of Cell and Developmental Biology, Weill Cornell Medical College
Professor of Pediatrics, Weill Cornell Medical College
Stavros S. Niarchos Chair, Weill Cornell Medical College
Pediatric Neuro-Oncologist, Memorial Sloan-Kettering Cancer Center
Faculty Member, MD/PhD program at the Tri-Institute (Rockefeller University/Weill Cornell Medical College/Memorial Sloan Kettering Cancer Center)

13



Centre for Cancer Biology

Prof Gregory Goodall
Centre for Cancer Biology
SA Pathology
Frome Road, Adelaide SA
PO Box 14 Rundle Mall
Adelaide SA 5000 Australia
Tel: +61 (08) 8222 3430
Fax: +61 (08) 8232 4092
greg.goodall@health.sa.gov.au

20 December 2013

Dr. Michael G. Ehrlich
Vincent Zecchino Professor and Chairman
Surgeon-in-Chief, Rhode Island Hospital and The Miriam Hospital
Department of Orthopaedics, The Warren Alpert Medical School of Brown University

Dear Dr. Ehrlich,

I am pleased to recommend Dr. Damian Medici for appointment as Associate Professor.

Dr. Medici has made important contributions in understanding the molecular circuitry controlling EMT, with an impressive series of papers that I personally have found very useful in informing my own work in the area. More recently he has been undertaking exciting work on endothelial to mesenchymal transition, pursuing the innovative concept that insights gained from investigating diseases where the process leads to pathology can be turned to benefit for tissue regeneration, and that cells derived from the transition can be used as alternatives to stem cells for therapeutic use. Dr. Medici reported progress on this work in an excellent invited talk at the recent International EMT Meeting in Spain and I look forward to the high profile publications that will no doubt ensue from this work. I fully expect Dr. Medici will continue to produce high quality, high impact outputs as he follows his innovative line of research and that he merits academic appointment as an Associate Professor (Research Scholar Track) at The Warren Alpert Medical School of Brown University.

Yours sincerely,

Gregory J Goodall, PhD

14

MICHAEL G. EHRLICH, M.D.
*Vincent Zecchino Professor & Chairman*
*Brown University*
*Warren Alpert Medical School*

*Surgeon-in-Chief*
*Department of Orthopaedics*
*Rhode Island Hospital/Miriam Hospital*

*Cooperative Care Center*
*2 Dudley Street*
*Providence, RI 02905*

*Administrative Office  (401) 444-5895*
*Fax                          (401) 444-6518*
*E-mail     Michael_Ehrlich@brown.edu*

UNIVERSITY ORTHOPEDICS, INC.
*Michael G. Ehrlich, M.D.*
*Roy K. Aaron, M.D.*
*Edward Akelman, M.D.*
*Brad Blankenhorn, M.D.*
*Christopher T. Born, M.D.*
*Manuel F. DaSilva, M.D.*
*Craig P. Eberson, M.D.*
*Paul D. Fadale, M.D.*
*Gary M. Ferguson, M.D.*
*John A. Froehlich, M.D.*
*Christopher J. Got, M.D.*
*Andrew Green, M.D.*
*Roman A. Hayda, M.D.*
*Michael J. Hulstyn, M.D.*
*Julia A. Katarincic, M.D.*
*Richard S. Limbird, M.D.*
*Phillip R. Lucas, M.D.*
*James O. Maher, III, M.D.*
*Mark A. Palumbo, M.D.*
*E. Scott Paxton, M.D.*
*Alexander P. Robertson, M.D.*
*Lee E. Rubin, M.D.*
*Jonathan R. Schiller, M.D.*
*Robert M. Shalvoy, M.D.*
*Patricia M. Solga, M.D.*
*Richard M. Terek, M.D.*
*Arnold-Peter C. Weiss, M.D.*

*Thomas F. Bliss, M.D.*
*Razib Khaund, M.D.*
*Peter K. Kriz, M.D.*
*Peter G. Trafton, M.D.*
*Randall L. Updegrove, M.D.*

*Chief Operating Officer*
*Weber H. Shill, MBA*

ORTHOPEDIC RESEARCH
*Bahar Bilgen, Ph.D.*
*Qian Chen, Ph.D.*
*Deborah Ciombor, Ph.D.*
*J.J. Trey Crisco, Ph.D.*
*Braden Fleming, Ph.D.*
*Yingjie Guan, Ph.D.*
*Damian Medici, Ph.D.*
*Douglas C. Moore, M.S.*
*David Paller, M.S.*
*Xiao-juan Sun, M.D.*
*Lei Wei, M.D., Ph.D.*
*Wentian Yang, M.D., Ph.D.*
*Xu Yang, M.D., Ph.D.*
*lingming Zhou, Ph.D*


**UNIVERSITY ORTHOPEDICS**

Affiliated entity of
**BROWN** Alpert Medical School

January 14, 2014

Jack Elias, M.D.
Dean of Medicine and Biological Sciences
Brown Alpert Medical School
Providence, RI 02912

Dear Dean Elias:

The Department of Orthopaedics would like to recommend Damian Medici, Ph.D., for promotion, as an Associate Professor (Research Scholar Track), in the Department of Orthopaedics, at The Warren Alpert Medical School of Brown University. This is for a term extending from July 1, 2014 to June 30th 2019. The Department was aware in formulating this recommendation that no financial obligation will be assumed by Brown University. On behalf of the Department and the Hospital, we would like to affirm the following:

1. The faculty member has an employment arrangement with Rhode Island Hospital.
2. RIH's arrangement with the faculty member includes a financial commitment for base compensation for this faculty position for the term of the appointment.
3. Compensation has been set within the affiliated hospital salary guidelines.

Sincerely,

John B. Murphy, M.D.
Executive Vice President
Physician Affairs
Lifespan

Michael Ehrlich, M.D.
Surgeon-in-Chief, Department of Orthopaedics, RIH
President, University Orthopedics, Inc.
President, RIH Orthopaedic Foundation, Inc

15

MICHAEL G. EHRLICH, M.D.
*Vincent Zecchino Professor & Chairman*
*Brown University*
*Warren Alpert Medical School*

*Surgeon-in-Chief*
*Department of Orthopaedics*
*Rhode Island Hospital/Miriam Hospital*

*Cooperative Care Center*
*2 Dudley Street*
*Providence, RI 02905*

*Administrative Office   (401) 444-5895*
*Fax                          (401) 444-6518*
*E-mail    Michael_Ehrlich@brown.edu*

UNIVERSITY ORTHOPEDICS, INC.
*Michael G. Ehrlich, M.D.*
*Roy K. Aaron, M.D.*
*Edward Akelman, M.D.*
*Brad Blankenhorn, M.D.*
*Christopher T. Born, M.D.*
*Manuel F. DaSilva, M.D.*
*Craig P. Eberson, M.D.*
*Paul D. Fadale, M.D.*
*Gary M. Ferguson, M.D.*
*John A. Froehlich, M.D.*
*Christopher J. Got, M.D.*
*Andrew Green, M.D.*
*Roman A. Hayda, M.D.*
*Michael J. Hulstyn, M.D.*
*Julia A. Katarincic, M.D.*
*Richard S. Limbird, M.D.*
*Phillip R. Lucas, M.D.*
*James O. Maher, III, M.D.*
*Mark A. Palumbo, M.D.*
*E. Scott Paxton, M.D.*
*Alexander P. Robertson, M.D.*
*Lee E. Rubin, M.D.*
*Jonathan R. Schiller, M.D.*
*Robert M. Shalvoy, M.D.*
*Patricia M. Solga, M.D.*
*Richard M. Terek, M.D.*
*Arnold-Peter C. Weiss, M.D.*

*Thomas F. Bliss, M.D.*
*Razib Khaund, M.D.*
*Peter K. Kriz, M.D.*
*Peter G. Trafton, M.D.*
*Randall L. Updegrove, M.D.*

*Chief Operating Officer*
*Weber H. Shill, MBA*

ORTHOPEDIC RESEARCH
*Bahar Bilgen, Ph.D.*
*Qian Chen, Ph.D.*
*Deborah Ciombor, Ph.D.*
*J.J. Trey Crisco, Ph.D.*
*Braden Fleming, Ph.D.*
*Yingjie Guan, Ph.D.*
*Damian Medici, Ph.D.*
*Douglas C. Moore, M.S.*
*David Paller, M.S.*
*Xiao-juan Sun, M.D.*
*Lei Wei, M.D., Ph.D.*
*Wentian Yang, M.D., Ph.D.*
*Xu Yang, M.D., Ph.D.*
*Fingming Zhou, Ph.D*





Affiliated entity of

BROWN
Alpert Medical School

January 15, 2013

Jack A. Elias, M.D.
Dean of Medicine and Biological Sciences
The Committee on Medical Faculty Appointments
The Warren Alpert Medical School of Brown University
Providence, RI 02912

Dear Dean Elias and the Members of the Committee:

I would like to recommend Damian Medici, Ph.D., for the rank of Associate Professor (Research Scholar Track), in the Department of Orthopaedics, at The Warren Alpert Medical School of Brown University.

When I was recruiting Dr. Medici in 2011, he was considered both nationally and internationally one of the brightest minds of the era; most other institutions had included in their offer an associate professorship. This is best illustrated in one of his stupendous letters of recommendation from Dr. Nawshad, an Associate Professor in the Department of Oral Biology, at the University of Nebraska. He writes, " Dr. Medici was an instructor *at* Harvard Medical School in 2009-2012. This position, which Harvard Medical School employs quite selectively, *is* often considered as an equivalent to assistant professor in many other universities. He joined as assistant professor of orthopaedics *at The* Warren Alpert Medical School of Brown University in 2012. He currently holds the Directorship of *the* Laboratory for Regenerative Medicine, Department of Orthopaedics *at* RIH. Therefore his post-doctoral academic appointment stands at five plus years, making him at par, in schedule, to be promoted to an associate professor."

Dr. Medici has produced 16 peer-reviewed publications, 2 book chapters and 11 abstracts. But, it is not just the quantity of the work that he has done, but the overall brilliance of it. Professor David Lyden, of Weill Cornell Medical College, wrote, "To complement and support his international research reputation, he has attained numerous and prestigious NIH and foundation grants in a time where research grants are extremely difficult to obtain. He has numerous high-impact publications, such as works in Mol Bio Cell, J Cell Biol., Nature Medicine and Matrix Biol." He also said, "That all his combined efforts will undoubtedly lead of an impressive list of patents that will no doubt benefit his host institute…"

His grants include an RO1 from the National Heart, Lung and Blood Institute, with $1,239,000 in direct costs and a program project grant from the National Institute of General Medical Sciences, in which he is an investigator and project

1 6

leader, with $1,000,000 in direct costs. He also has $65,000 from the Mullikin Foundation.

There is no question that he has an international reputation. Of his 38 national or international presentations, he has been invited to speak in Japan, Spain, Colorado, Pennsylvania, Dartmouth, Washington University of St. Louis, Netherlands, Canada and Germany.

All of this attention has come because of his groundbreaking work in the "highly competitive field of cellular signaling". Pro Dr. P. ten Dijke, of Leids University, said," A pivotal finding of his is on the endothelial cells being the precursor cells for mesenchymal-linked diseases such as fibrodysplasia, ossificans progressiva and more recently in infantile hemangiomatas.

His demonstrations that the epithelial cells can be transformed into stem cells and then into cartilage, is what attracted him to our lab and he to us.

Associate Professor Tran, of Johns Hopkins, describes his academic contributions as "outstanding". He says that, ..."Dr. Medici is considered an international expert on endoMT. His describes the academic output as "outstanding" and he describes the educational portfolio of Dr. Medici as "outstanding". He noted that Dr. Medici was given a distinguished service award from the International Fibrodysplasia Ossificans Progressiva Association, for his "seminal" contribution to FOP research.

While at Brown he has mentored five Ph.D. students, one M.D. student and one BS student. There are two other Brown students working in his lab as research assistants and one post-doctoral fellow. He gives lectures to the orthopaedic Basic Science Course at RIH and is a regular participant in the department's research conferences, which are held every week and students from other departments, as well as senior scientists, attend.

I most strongly commend Damian Darren Medici as a candidate for Associate Professor (Research Scholar Track). Thank you for your consideration.

Sincerely,

Michael G. Ehrlich, M.D.

17

MICHAEL G. EHRLICH, M.D.
*Vincent Zecchino Professor & Chairman*
*Brown University*
*Warren Alpert Medical School*

*Surgeon-in-Chief*
*Department of Orthopaedics*
*Rhode Island Hospital/Miriam Hospital*

*Cooperative Care Center*
*2 Dudley Street*
*Providence, RI 02905*

*Administrative Office   (401) 444-5895*
*Fax                     (401) 444-6518*
*E-mail   Michael_Ehrlich@brown.edu*

UNIVERSITY ORTHOPEDICS. INC.
*Michael G. Ehrlich, M.D.*
*Roy K. Aaron, M.D.*
*Edward Akelman, M.D.*
*Brad Blankenhorn, M.D.*
*Christopher T. Born, M.D.*
*Manuel F. DaSilva, M.D.*
*Craig P. Eberson, M.D.*
*Paul D. Fadale, M.D.*
*Gary M. Ferguson, M.D.*
*John A. Froehlich, M.D.*
*Christopher J. Got, M.D.*
*Andrew Green, M.D.*
*Roman A. Hayda, M.D.*
*Michael J. Hulstyn, M.D.*
*Julia A. Katarincic, M.D.*
*Richard S. Limbird, M.D.*
*Phillip R. Lucas, M.D.*
*James O. Maher, III, M.D.*
*Mark A. Palumbo, M.D.*
*E. Scott Paxton, M.D.*
*Alexander P. Robertson, M.D.*
*Lee E. Rubin, M.D.*
*Jonathan R. Schiller, M.D.*
*Robert M. Shalvoy, M.D.*
*Patricia M. Solga, M.D.*
*Richard M. Terek, M.D.*
*Arnold-Peter C. Weiss, M.D.*

*Thomas F. Bliss, M.D.*
*Razib Khaund, M.D.*
*Peter K. Kriz, M.D.*
*Peter G. Trafton. M.D.*
*Randall L. Updegrove, M.D.*

*Chief Operating Officer*
*Weber H. Shill, MBA*

ORTHOPEDIC RESEARCH
*Bahar Bilgen, Ph.D.*
*Qian Chen, Ph.D.*
*Deborah Ciombor, Ph.D.*
*J.J. Trey Crisco, Ph.D.*
*Braden Fleming, Ph.D.*
*Yingjie Guan,Ph.D.*
*Damian Medici, Ph.D.*
*Douglas C. Moore, M.S.*
*David Paller, M.S.*
*Xiao-juan Sun, M.D.*
*Lei Wei, M.D., Ph.D.*
*Wentian Yang, M.D., Ph.D.*
*Xu Yang, M.D., Ph.D.*
*Jingming Zhou, Ph.D*



UNIVERSITY ORTHOPEDICS

Affiliated entity of

BROWN Alpert Medical School

**January 27, 2014**

Jack Elias, M.D.
Dean of Medicine and Biological Sciences
The Warren Alpert Medical School of Brown University
Providence, RI 02912

Dear Dean Elias and Members of the Committee:

The Promotions Committee of the Department of Orthopaedics consists of its eight professors, Drs. Aaron, Akelman, Chen, Crisco, Born, Fadale, Fleming, Weiss and myself, as Chairperson. The committee voted unanimously for Dr. Medici's appointment to Associate Professor.

Here is what our promotions committee had to say about Dr. Medici:

Dr. Aaron said, "I am happy to support Damian Medici's promotion to Associate Professor. Review of his CV demonstrates that he meets the university criteria for the proposed rank."

Dr. Akelman said, "I strongly support the promotion of Dr. Damian Medici to the position of Associate Professor of Orthopaedics at The Warren Alpert Medical School of Brown University. The high quality of the work that he has done since he has come to Brown is evident by his CV. He has done a significant amount of national and international presentations, and clearly this work is recognized worldwide. His support letters are outstanding."

Dr. Chen said, "I strongly support Dr. Medici's promotion to the Associate Professor rank. His recommendation letters are very strong, which contains recommendation by the world's leading researchers in TGF-b field such as Dr. Peter ten Dijke. During the short time he joined Brown, he proved that he is a magnet to attracting high quality students to his laboratory to receive training. His research projects are very strong, which are highly evaluated by the external advisory committee of the COBRE in Skeletal Health and Repair."

Dr. Trey Crisco said, "Damian Medici has clearly established himself as an independent researcher with an exceptional track record of extramural support in the fields of stem cell, tissue regeneration and bone development. In my opinion he has attained or surpassed all criteria for an Assoc. Professor."

Dr. Fadale said, "Thank you for allowing me to review the curriculum vitae and supporting documents for Doctor Medici's promotion to associate professor. I have

18

reviewed the criteria he must achieve. I believe he is a rising star and has fulfilled the requirements for this promotion. I support your endeavors."

Dr. Braden Fleming said, "I think Dr. Medici clearly meets the requirements for promotion to Associate Professor in the Research Scholar track. He has an independent track record of funding by the NIH, he has peer-reviewed articles in the top journals in the field including Nature Medicine, and the number of invited presentations is impressive for someone at the Assistant Professor level. He has more than achieved National recognition. I support his nomination for promotion."

Dr. A. Peter Weiss said, "I have reviewed the criteria for promotion to Associate Professor (Research Scholar Track) at the Alpert Medical School of Brown University and have reviewed Dr. Medici's CV, quality and quantity of academic research, and grant support. In addition, I called two external researchers of national stature about his academic research and how it compares to others. In my opinion, the quality of his research publications to date combined with his national grant funding in a highly competitive environment and his stature nationally in bone research qualify him completely for promotion to Associate Professor at our institution."

Attached is also a letter from Dr. Christopher Born.

Thank you for your consideration.

Respectfully submitted,

Michael G. Ehrlich, M.D.

19

CHRISTOPHER T. BORN, M.D.

*Intrepid Heroes Professor
of Orthopaedic Surgery
Brown University
Warren Alpert Medical School*

*Chief of Orthopaedic Trauma
Rhode Island Hospital*

*Medical Office Center/Suite 200
2 Dudley Street
Providence, RI 02905
Administration Office   (401) 457-1562
Patient Office           (401) 457-1560
Fax                      (401) 831-8992*



UNIVERSITY ORTHOPEDICS, INC.
*Michael G. Ehrlich, M.D.
Roy K. Aaron, M.D.
Edward Akelman, M.D.
Theodore A. Blaine, M.D.
Christopher T. Born, M.D.
Manuel F. DaSilva, M.D.
Christopher W. DiGiovanni, M.D.
Craig P. Eberson, M.D.
Paul D. Fadale, M.D.
Gary M. Ferguson, M.D.
John A. Froehlich, M.D.
Andrew Green, M.D.
Roman A. Hayda, M.D.
Michael J. Hulstyn, M.D.
Julia A. Katarincic, M.D.
Richard S. Limbird, M.D.
Phillip R. Lucas, M.D.
James O. Maher, III, M.D.
Mark A. Palumbo, M.D.
Alexander P. Robertson, M.D.
Jonathan R. Schiller, M.D.
Robert M. Shalvoy, M.D.
Patricia M. Solga, M.D.
Richard M. Terek, M.D.
Arnold-Peter C. Weiss, M.D.*

*Rozib Khaund, M.D.
Peter G. Trafton, M.D.
Randall L. Updegrove, M.D.*

*Chief Operating Officer
Weber H. Shill, MBA*

ORTHOPEDIC RESEARCH
*Bahar Bilgen, Ph.D.
Qian Chen, Ph.D.
Deborah Ciombor, Ph.D.
J.J. Trey Crisco, Ph.D.
Braden Fleming, Ph.D.
Yinjie Guan, Ph.D.
Douglas C. Moore, M.S.
David Paller, M.S.
Xiao-juan Sun, M.D.
Shuo Wang, M.D.
Lei Wei, M.D., Ph.D.
Wentian Yang, M.D., Ph.D.
Xu Yang, M.D., Ph.D.
Fiona Zhou, Ph.D.
Jingming Zhou, Ph.D*

**January 18, 2014**

**Michael G. Ehrlich, MD**

**Vincent Zecchino Professor and Chairman**

**Surgeon-in-Chief, Rhode Island Hospital and The Miriam Hospital**

**Department of Orthopaedics, The Warren Alpert Medical School of Brown University**

**Re: Damian Medici, PhD promotion**

**Dear Dr. Ehrlich:**

**Thank you for allowing me to comment on the consideration of Damian Medici, PhD for an appointment to the rank of Associate Professor (Research Scholar Track) within the Department of Orthopaedic Surgery at the Alpert Medical School of Brown University. After reviewing his CV, I must say that it was a stunning piece of recruiting to draw him here.**

**As you correctly pointed out in your letter to Dean Elias, Dr. Medici has already achieved not only a national reputation, but clearly is a rising star internationally for his work on the transforming potential of vascular endothelial cells. I am very familiar with the work of Drs. Fred Kaplan and Eileen Shore and their FOP research group at the University of Pennsylvania. I am impressed that the International FOP Association saw fit to present the young Dr. Medici with their Distinguished Service Award...*three years ago!***

2 0

Dr. Medici already has two $1M-plus peer reviewed grants (one as the PI for an NIH RO1) that will be carrying him into 2017. In addition to his publications (with several in the pipeline), he has been asked to be an *ad hoc* reviewer for several high impact journals. This tells me that he is on the radar screen of the senior establishment in his field. In his role as a teacher, I can attest that his input at the weekly lab seminars is highly valued and well considered by students and other faculty attendees.

After reviewing the parameters established by the University for this appointment, I have no hesitation in supporting his promotion. I agree that his time served at Harvard as an "instructor" should be credited to his advancement.

Sincerely,

Christopher T. Born, MD, FAAOS, FACS

Intrepid Heroes Professor of Orthopaedic Surgery

The Alpert Medical School of Brown University

Director, the Weiss Center for Orthopaedic Trauma Research

Rhode Island Hospital



**BROWN**
Alpert Medical School

DIVISION OF BIOLOGY AND MEDICINE

*Physician-in-Chief*
Rhode Island Hospital
The Miriam Hospital

**Louis B. Rice, M.D.**
*Chairman of Medicine and*
*Joukowsky Family Professor of Medicine*

*Executive Physician-in-Chief*
Memorial Hospital of Rhode Island
Providence VA Medical Center
Women & Infants Hospital

March 6, 2014

Jack Elias, M.D.
Dean of Medicine and Biological Sciences
Frank L. Day Professor of Biology
The Warren Alpert Medical School of Brown University
Box G-A
Providence, RI 02912

Dear Dean Elias:

The Department of Medicine is pleased to concur with the Department of Orthopaedics regarding the promotion of Damian Medici, MD, to Associate Professor of Orthopaedics and Medicine, Research Scholar beginning July 1, 2014 and extending to June 30, 2019.

Sincerely,

Louis B. Rice, M.D.

2 2