UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DR. DAMIAN MEDICI,

*Plaintiff*

v.                                                          Civil Action No. 1:17-cv-00265-M-PAS

LIFESPAN CORPORATION,
RHODE ISLAND HOSPITAL, and
MICHAEL SUSIENKA,

*Defendants.*

**DEFENDANTS' ASSENTED-TO MOTION FOR ENLARGEMENT
OF TIME TO FILE ITS REPLY MEMORANDUM IN SUPPORT
OF ITS MOTION FOR SUMMARY JUDGMENT**

Defendants Lifespan Corporation, Rhode Island Hospital and Michael Susienka respectfully moves to enlarge its time to file its Reply Memorandum of Law Ins Support of Its Motion for Summary Judgment by seven days, from October 25, 20178 to November 1, 2018. Defendants' Motion and Plaintiff's Opposition address multiple causes of action and numerous issues of law and fact that the undersigned requires additional time to address.

Plaintiff consents to this motion.

WHEREFORE, Defendants respectfully request that their time to file their reply be extended to November 1, 2018.

Dated:    October 19 2018

/s/ Rachel M. Wertheimer

Rachel M. Wertheimer, BBO # 625039
VERRILL DANA LLP
One Portland Square
P.O.  Box 586
Portland, Maine 04112-0586
(207) 774-4000
rwertheimer@verrilldana.com

and

Paul W. Shaw, BBO # 455500
VERRILL DANA, LLP
One Boston Place, Suite 1600
Boston, MA 02108
(617) 309-2600
pshaw@verrilldana.com

DEFENDANTS LIFESPAN
CORPORATION, RHODE ISLAND
HOSPITAL and MICHAEL SUSIENKA

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2018, I electronically filed this document with the Clerk of Court using the CM/ECF System, which I understand will send notification of the filing to all counsel of record.

/s/ Rachel M. Wertheimer

Rachel M. Wertheimer

2