UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DR. DAMIAN MEDICI,<br><br>    *Plaintiff,*<br><br>v.<br><br>LIFESPAN CORPORATION,<br>RHODE ISLAND HOSPITAL, and<br>MICHAEL SUSIENKA,<br><br>    *Defendants.* | C.A. NO. 17-cv-00265-M-PAS |

### SUPPLEMENTAL AFFIDAVIT OF PLAINTIFF COUNSEL IN SUPPORT OF HIS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, William T. Harrington, hereby depose and state as follows:

1. I am over eighteen years of age and make this affidavit on my own personal knowledge. Since 1993, I have been a member of the Massachusetts bar in good standing. I have represented the plaintiff, Damian Medici, throughout this litigation. I attended every deposition taken in this matter.

2. Attached at Exhibit 1 are true and accurate copies of the referenced pages of the transcript of the deposition of Olin Liang, Ph.D., on May 22, 2018.

3. Attached at Exhibit 2 are true and accurate copies of the referenced pages of the transcript of the deposition of Logan Walsh, Ph.D., taken on June 29, 2018.

4. Attached at Exhibit 3 are true and accurate copies of the referenced pages of the deposition of Anthony M. Reginato, M.D., taken on May 8, 2018.

Signed under the pains and penalties of perjury this 6th day of November, 2018.

*/s/ William T. Harrington*
William T. Harrington

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants via first class mail, postage prepaid, on this date.

*/s/ William T. Harrington*