UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DR. DAMIAN MEDICI,<br><br>    *Plaintiff*,<br><br>v.<br><br>LIFESPAN CORPORATION, RHODE ISLAND HOSPITAL, and MICHAEL SUSIENKA,<br><br>    *Defendants*. | CIVIL ACTION NO. 1:17-cv-00265-M-PAS |

**DEFENDANTS' MOTION TO DISMISS FOR
LACK OF SUBJECT MATTER JURISDICTION**

    Defendants Lifespan Corporation, Rhode Island Hospital, and Michael Susienka hereby move to dismiss the complaint of Dr. Damien Medici pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction for the reasons set forth in Defendants' Reply Memorandum in Further Support of Their Motion for Summary Judgment and Motion to Dismiss for Lack of Subject Matter Jurisdiction, filed herewith.

DATED:  November 14, 2018

DEFENDANTS LIFESPAN CORPORATION, RHODE ISLAND HOSPITAL, DR. PETER SNYDER, DR. JOHN MURPHY, AND MICHAEL SUSIENKA

/s/ Rachel M. Wertheimer
Rachel M. Wertheimer, BBO # 625039
VERRILL DANA LLP
One Portland Square
P.O.  Box 586
Portland, Maine 04112-0586
(207) 774-4000
rwertheimer@verrilldana.com

and

Paul W. Shaw, BBO # 455500
VERRILL DANA, LLP
One Boston Place, Suite 2330
Boston, MA 02108
(617) 309-2600
pshaw@verrilldana.com

## CERTIFICATE OF SERVICE

This document was filed electronically on the above date and is available for viewing and downloading from the Court's ECF system.  Service was made on that date on counsel of record for plaintiff through the Court's ECF system.

/s/ Rachel M. Wertheimer