UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DR. DAMIAN MEDICI, *Plaintiff,* v. LIFESPAN CORPORATION, RHODE ISLAND HOSPITAL, and MICHAEL SUSIENKA, *Defendants.* | C.A. NO. 17-cv-00265-M-PAS |

### THE PLAINTIFF'S ASSENTED-TO MOTION TO ENLARGE TIME TO FILE MATERIALS IN RESPONSE TO DEFENDANTS' SUPPLEMENTAL FILINGS AND OPPOSITION TO MOTION FOR SANCTIONS

Following the Court's allowing their filing the materials under seal, the defendants filed, on January 29, the filed the following documents: Supplemental Memorandum in Further Support of Their Opposition for Summary Judgment (Doc. 100); Supplemental Statement of Undisputed Material Facts in Support of Their Motion for Summary Judgment (Doc. 101); and a Motion for Sanctions (Doc. 102). The Supplemental Statement of Facts includes 353 pages of exhibits.

The plaintiff, with the defendants' assent, moves to extend the time to file his Reply to the Supplemental Opposition, his Response to the Supplemental Statement of Facts, and his Opposition to the Motion for Sanctions, to February 15, such that there will be a uniform response date

Counsel for the defendants assents to this motion.

WHEREFORE, the plaintiff respectfully moves to extend the deadline for him to file his responses to Documents 100 - 102 up to and including February 15, 2019.

Respectfully submitted,
The Plaintiff,

**DAMIAN MEDICI,**
By his attorney,

*/s/ William T. Harrington*
William T. Harrington (BBO# 564445)
738 Main Street
Hingham, MA 02043
(781) 385-7230
wharringtonlaw@gmail.com

Dated:  January 30, 2019

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants via first class mail, postage prepaid, on this date.

*/s/ William T. Harrington*