# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **DR. DAMIAN MEDICI** | ) | |
| | ) | |
| **Vs.** | ) | **C.A. 17-265-JJM** |
| | ) | |
| **LIFESPAN CORPORATION, RHODE ISLAND** | ) | |
| **HOSPITAL and MICHAEL SUSIENKA** | ) | |

## JUDGMENT

[  ]   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[X]   Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the Defendants pursuant to the Memorandum and Order of Judge John J. McConnell, Jr. dated June 3, 2019 GRANTING Defendants' Motion to Dismiss.**

**Enter**:

**/s/ Barbara Barletta**
**Deputy Clerk**

**DATED:**   June 3**, 2019**